**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **EDWIN JACOB IXCHOP-AJTUN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-127-SLP** |
| | ) |
| **MARKWAYNE MULLIN[1] et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Petitioner Edwin Jacob Ixchop-Ajtun, a noncitizen[2], seeks a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1). United States District Judge Scott L. Palk referred the case to the undersigned magistrate judge for initial proceedings under 28 U.S.C. § 636(b)(1)(B), (C). Respondents filed a response and Petitioner replied. (ECF No. 9 & 11).

An independent review of public record shows that on March 9, 2026, an Immigration Judge granted Mr. Ixchop-Ajtun voluntary departure. *See* https://acis.eoir.justice.gov (last visited Mar. 23, 2026). By **April 7, 2026**, the parties

---

[1] Markwayne Mullin was confirmed as Secretary of the Department of Homeland Security on March 23, 2026. He replaces Kristi Noem. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the officer's successor is automatically substituted as a party.

[2] This Report and Recommendation "uses the term 'noncitizen' as equivalent to the statutory term 'alien.'" *Nasrallah v. Barr,* 590 U.S. 573, 578 n.2 (2020) (citing 8 U.S.C. 1101(a)(3)).

are hereby ordered to inform the Court of the effect of this ruling on the outstanding

habeas Petition (ECF No. 1).

ENTERED on March 24, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE